Estelle L. Broecker and Walter Broecker, Plaintiffs, and Estelle L. Broecker, Plaintiff, Appellee, v. Ronnie Schallenberg and Chuck Diering Ford Sales, Inc., Defendants, and Chuck Diering Ford Sales, Inc., Defendant, Appellant.

Gen. No. 64–F–14. 

Fifth District.

February 17, 1964.

 Burroughs, Simpson & Burroughs, and Gordon Burroughs, of Edwardsville, and Emerson Baetz, of Alton, for appellant; David Swan & George M. Berry, of Alton, for appellee. (No brief filed.) Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**